UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

                      Plaintiff,

v.

FISERV, INC., FRANK J. BISIGNANO, MICHAEL P. LYONS, ROBERT W. HAU, and KENNETH F. BEST,

                      Defendants.

Case No: 1:25-cv-06094 (JHR)

**STIPULATION AND ORDER**

---

WHEREAS, on July 24, 2025, Plaintiff City of Hollywood Police Officers' Retirement System filed this action asserting putative class action claims under the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder against Defendants Fiserv, Inc., Frank J. Bisignano, Michael P. Lyons, Robert W. Hau, and Kenneth F. Best;

WHEREAS, this Action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 ("PSLRA"), which requires that, no later than 20 days after the date on which a complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class of "the pendency of the action, the claims asserted therein, [] the purported class period; and [] that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class," 15 U.S.C. § 78u-4(a)(3)(A);

WHEREAS, Plaintiff, through its undersigned counsel, published the PSLRA's required notice on July 24, 2025, and members of the class have until September 22, 2025, to move the Court for appointment as lead plaintiff in this action;

-1-

WHEREAS, the PSLRA provides that, following the expiration of the 60-day notice period, the Court will address consolidation of all related actions (if any), the appointment of a lead plaintiff, and the lead plaintiff's retention of lead counsel, 15 U.S.C. § 78u-4(a)(3)(B);

WHEREAS, the undersigned counsel to Defendants have been authorized to waive service of the summons and accept service of the Complaint in this action on behalf of all Defendants;

WHEREAS, the parties wish to provide time for Defendants to respond to the Complaint or any consolidated or amended complaint that may be filed in accordance with the procedural timing requirements of the PSLRA; and

WHEREAS, the parties agree that, for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, Defendants should not respond to the existing Complaint and any further complaints that may be filed arising out of the same set of facts and circumstances as set forth in the existing Complaint, individually, but rather, should withhold responding to any of these actions until after: (i) the Court has had the opportunity to determine any motions to consolidate the above-captioned action with other actions (if any); (ii) the Court has appointed a lead plaintiff(s) and lead counsel; and (iii) the lead plaintiff(s) has filed a consolidated or amended complaint or designated the existing Complaint the operative complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. The undersigned counsel for Defendants hereby accepts service of the Complaint in this action and waives service of the summons on behalf of all Defendants.

-3-

      2.      Within fourteen (14) days after entry of an order appointing lead plaintiff(s) and lead counsel, counsel for lead plaintiff(s) and counsel for Defendants shall meet and confer and submit to the Court a schedule for the filing of a consolidated or amended complaint, if any, and a time for Defendants to respond to the Complaint or any consolidated or amended complaint by answer, motion, or otherwise.

      3.      Except as to the defense of insufficiency of service of process, by entering into this Stipulation, Defendants do not waive, and hereby expressly preserve, all potential defenses in this litigation, including but not limited to defenses relating to venue or jurisdiction.

4. The Parties are directed to file a joint status update by **October 10, 2025.**

Dated: New York, New York
       August 13, 2025

| | |
|---|---|
| /s/ Francis P. McConville | /s/ Alexander J. Willscher |
| Francis P. McConville | Alexander J. Willscher |
| Connor C. Boehme | Julia A. Malkina |
| LABATON KELLER SUCHAROW LLP | SULLIVAN & CROMWELL LLP |
| 140 Broadway | 125 Broad Street |
| New York, New York 10005 | New York, New York 10004 |
| Telephone: (212) 907-0700 | Telephone: (212) 558-4000 |
| Facsimile:  (212) 818-0477 | Facsimile:  (212) 588-3588 |
| fmcconville@labaton.com | willschera@sullcrom.com |
| cboehme@labaton.com | malkinaj@sullcrom.com |

*Attorneys for Plaintiff City of Hollywood Police Officers' Retirement System*

*Attorneys for Defendants Fiserv, Inc., Frank J. Bisignano, Michael P. Lyons, Robert W. Hau, and Kenneth F. Best*

Robert D. Klausner
Stuart A. Kaufman
KLAUSNER KAUFMAN JENSEN & LEVINSON
7080 NW 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile:  (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Attorneys for Plaintiff City of Hollywood Police Officers' Retirement System*

**SO ORDERED**

Date: 8/20/2025

The Honorable Valerie Figueredo
United States Magistrate Judge