# Exhibit 3

**Fiserv, Inc. Loss Chart**
**Class Period: July 24, 2024 through July 22, 2025**

**Lookback Price**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $136.448 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yoko Momoyama | 10/21/2024 | 600 | ($196.50) | ($117,900.00) | 7/15/2025 | 1,000 | $166.16 | $166,160.00 | | | | |
| | 10/25/2024 | 500 | ($200.00) | ($100,000.00) | 8/7/2025 | 1,000 | $136.45 | $136,448.00 | | | | |
| | 11/6/2024 | 1,000 | ($211.00) | ($211,000.00) | 8/13/2025 | 1,050 | $136.45 | $143,270.40 | | | | |
| | 12/3/2024 | 500 | ($219.36) | ($109,680.00) | 8/13/2025 | 850 | $136.45 | $115,981 | | | | |
| | 4/4/2025 | 1,000 | ($201.02) | ($201,020.00) | | | | | | | | |
| | 6/23/2025 | 300 | ($168.27) | ($50,481.00) | | | | | | | | |
| | | 3,900 | | ($790,081.00) | | 3,900 | | $561,859.20 | | | ($228,221.80) | |