UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FISERV, INC., FRANK J. BISIGNANO, MICHAEL P. LYONS, ROBERT W. HAU, and KENNETH F. BEST,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-06094-JHR<br><br>Hon. Jennifer H. Rearden |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF DANISH QURESHI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Danish Qureshi ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:　PSLRA Certification signed by Movant attesting to his transactions of Fiserv, Inc. ("Fiserv" or the "Company") common stock;

**Exhibit B**:　Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Fiserv common stock;

**Exhibit C**:   Press Release published July 24, 2025, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *City of Hollywood Police Officers' Retirement System v. Fiserv, Inc., et. al.,* Case No. 1:25-cv-06094-JHR;

**Exhibit D**:   Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 22, 2025                                         Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Danish Qureshi and [Proposed] Lead Counsel for the Class*