# EXHIBIT B

Case 1:25-cv-06094-JHR-VF    Document 23-2    Filed 09/22/25    Page 1 of 2

| Client Name | Danish Qureshi |
|---|---|
| Company Name | Fiserv, Inc. |
| Ticker Symbol | FI |
| Security Type | |
| Class Period Start | 07-24-2024 |
| Class Period End | 07-22-2025 |
| 90-DAY Lookback Period Start | 07-23-2025 |
| 90-DAY Lookback Period End | 09-19-2025 |
| 90-DAY Lookback Average | $ 136.45 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $490,619.86 |
| DURA LIFO* Total | $490,619.86 |
| Gross Shares Purchased | 12,700 |
| Net Shares Retained | 11,700 |
| Net Funds Expended | $2,087,057.00 |

| | Purchases | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-24-2025 | 100 | 184.87 | $ 18,487.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,842.24 | $ 4,842.24 |
| 04-24-2025 | 100 | 184 | $ 18,400.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,755.24 | $ 4,755.24 |
| 04-24-2025 | 100 | 183.5 | $ 18,350.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,705.24 | $ 4,705.24 |
| 04-24-2025 | 100 | 183.23 | $ 18,323.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,678.24 | $ 4,678.24 |
| 04-24-2025 | 100 | 183.15 | $ 18,315.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,670.24 | $ 4,670.24 |
| 04-24-2025 | 100 | 182.6 | $ 18,260.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,615.24 | $ 4,615.24 |
| 04-24-2025 | 100 | 182.01 | $ 18,201.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,556.24 | $ 4,556.24 |
| 04-24-2025 | 100 | 181.97 | $ 18,197.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,552.24 | $ 4,552.24 |
| 04-24-2025 | 100 | 181.8 | $ 18,180.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,535.24 | $ 4,535.24 |
| 04-24-2025 | 100 | 181.67 | $ 18,167.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,522.24 | $ 4,522.24 |
| 04-24-2025 | 100 | 181.39 | $ 18,139.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,494.24 | $ 4,494.24 |
| 04-24-2025 | 100 | 181.58 | $ 18,158.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,513.24 | $ 4,513.24 |
| 04-24-2025 | 100 | 181.26 | $ 18,126.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,481.24 | $ 4,481.24 |
| 04-24-2025 | 100 | 180.84 | $ 18,084.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,439.24 | $ 4,439.24 |
| 04-24-2025 | 100 | 180.75 | $ 18,075.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,430.24 | $ 4,430.24 |
| 04-24-2025 | 100 | 180.51 | $ 18,051.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,406.24 | $ 4,406.24 |
| 04-24-2025 | 100 | 179.94 | $ 17,994.00 | | | | | | - | 100 | 100 | $ 136.45 | $ 13,644.76 | $ 4,349.24 | $ 4,349.24 |
| 04-24-2025 | 1000 | 178.89 | $ 178,890.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 42,442.38 | $ 42,442.38 |
| 04-24-2025 | 1000 | 178.35 | $ 178,350.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 41,902.38 | $ 41,902.38 |
| 04-24-2025 | 1000 | 178.26 | $ 178,260.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 41,812.38 | $ 41,812.38 |
| 04-24-2025 | 1000 | 178.13 | $ 178,130.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 41,682.38 | $ 41,682.38 |
| 04-24-2025 | 1000 | 178.05 | $ 178,050.00 | 04-24-2025 | 1000 | | $ 178.07 | $ 178,070.00 | - | - | - | $ 136.45 | | -$ 20.00 | -$ 20.00 |
| 04-24-2025 | 1000 | 177.98 | $ 177,980.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 41,532.38 | $ 41,532.38 |
| 04-24-2025 | 1000 | 177.7 | $ 177,700.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 41,252.38 | $ 41,252.38 |
| 04-24-2025 | 1000 | 177.52 | $ 177,520.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 41,072.38 | $ 41,072.38 |
| 04-24-2025 | 1000 | 177.15 | $ 177,150.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 40,702.38 | $ 40,702.38 |
| 04-24-2025 | 1000 | 176.83 | $ 176,830.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 40,382.38 | $ 40,382.38 |
| 04-24-2025 | 1000 | 176.76 | $ 176,760.00 | | | | | | - | 1000 | 1000 | $ 136.45 | $ 136,447.62 | $ 40,312.38 | $ 40,312.38 |
| Total: | 12,700 | | $2,265,127.00 | | 1,000 | | | $178,070.00 | | 11,700 | 11,700 | | $1,596,437.14 | $490,619.86 | $490,619.86 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.