# EXHIBIT C

Case 1:25-cv-06094-JHR-VF    Document 23-3    Filed 09/22/25    Page 1 of 7

Case 1:25-cv-06094-JHR-VF    Document 23-3    Filed 09/22/25    Page 2 of 7

Jul 24, 2025 3:17 PM Eastern Daylight Time

# Labaton Keller Sucharow LLP Files Securities Class Action Against Fiserv, Inc. and Certain of Its Executives

Share      

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") has filed a securities class action lawsuit (the "Action") on behalf of its client the City of Hollywood Police Officers' Retirement System ("Hollywood Police") against Fiserv, Inc. ("Fiserv" or the "Company") (NYSE: FI) and certain of its executives (collectively, "Defendants"). The Action, which is captioned *City of Hollywood Police Officers' Retirement System v. Fiserv, Inc.*, No. 25-cv- 06094 (S.D.N.Y.), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder on behalf of all persons and entities that purchased or otherwise acquired Fiserv common stock between July 24, 2024 and July 22, 2025, inclusive (the "Class Period").

Fiserv is a global provider of transaction processing software for banks and retail merchants. Fiserv's flagship product and most important growth driver is Clover, which provides merchants with a payment "gateway" to facilitate the secure processing of credit, debit, and mobile payment transactions on behalf of financial institutions and their customers.

The Action alleges that, throughout the Class Period, Defendants misled investors by failing to disclose that: (a) due to cost issues and other problems with its older Payeezy platform, Fiserv forced Payeezy merchants to migrate to its Clover platform; (b) Clover's revenue growth and gross payment volume ("GPV"), the total monetary value of transactions processed through Clover, were temporarily and unsustainably boosted by these forced conversions, which concealed a slowdown in new merchant business; (c) shortly after these conversions, a significant portion of former Payeezy merchants switched to competing solutions due to Clover's high

7/29/25, 12:52 PM	Labaton Keller Sucharow LLP Files Securities Class Action Against Fiserv, Inc. and Certain of Its Executives

Case 1:25-cv-06094-JHR-VF   Document 23-3   Filed 09/22/25   Page 3 of 7

pricing, significant down time, and systematic compatibility issues; (d) as a result of these merchant losses, Clover's GPV growth was significantly slowing, and its revenue growth was unsustainable; and (e) based on the foregoing, Fiserv's positive Class Period statements about Clover's growth strategies, competition, attrition, GPV growth, and business prospects were materially false and misleading.

The market began to learn the truth about Defendants' fraud on April 24, 2025. On that date, Fiserv shocked investors by reporting Clover GPV growth of only 8 percent for the first quarter of 2025, a material stepdown from 2024 GPV rates of between 14 and 17 percent. The Company attributed this slowing growth to lower 2025 transaction volumes from Payeezy merchants who had converted to Clover. On this news, Fiserv stock dropped 18.5 percent, closing at $176.90 per share on April 24, 2025. Then, on May 15, 2025, Fiserv disappointed investors by disclosing that GPV growth deceleration would continue throughout 2025. On this news, Fiserv stock dropped 16.2 percent, closing at $159.13 per share on May 15, 2025. Finally, on July 23, 2025, Fiserv lowered the top end of its full-year organic growth guidance range and confirmed that its quarterly organic revenue in the Merchant segment had decelerated to 9 percent year-over-year from 11 percent in the previous quarter. On this news, Fiserv stock dropped 13.9 percent, closing at $143.00 per share on July 23, 2025.

If you purchased or acquired Fiserv common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **September 22, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Connor C. Boehme, Esq. of Labaton at (212) 907-0780, or via email at cboehme@labaton.com. You can view a copy of the Complaint online here.

Hollywood Police is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants.

7/29/25, 12:52 PM    Labaton Keller Sucharow LLP Files Securities Class Action Against Fiserv, Inc. and Certain of Its Executives

Case 1:25-cv-06094-JHR-VF    Document 23-3    Filed 09/22/25    Page 4 of 7

Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.

## Contacts

Connor Boehme, Esq.

Labaton Keller Sucharow LLP

(212) 907-0780

cboehme@labaton.com

Industry:     Class Action Lawsuit     Professional Services     Legal



**LABATON KELLER SUCHAROW LLP**

📈 NYSE:FI

### RELEASE VERSIONS

English

### CONTACTS

Connor Boehme, Esq.

Labaton Keller Sucharow LLP

7/29/25, 12:52 PM Labaton Keller Sucharow LLP Files Securities Class Action Against Fiserv, Inc. and Certain of Its Executives

Case 1:25-cv-06094-JHR-VF    Document 23-3    Filed 09/22/25    Page 5 of 7

(212) 907-0780

cboehme@labaton.com

# More News From Labaton Keller Sucharow LLP

🔊 Get RSS Feed

### Labaton Keller Sucharow Elects Eric J. Belfi as Chairman

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP is pleased to announce the election of Eric J. Belfi as the Firm's new Chairman, effective June 1, 2025. He succeeds the late Christopher J. Keller, who served with dedication until his passing earlier this year. "Eric's...

### Labaton Keller Sucharow LLP Files Securities Class Action Against DoubleVerify Holdings, Inc. and Certain of Its Executives

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") has filed a securities class action lawsuit (the "Action") on behalf of its client the Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") against DoubleVerify Holdings, Inc. ("DoubleVerify" or the...

### Labaton Keller Sucharow LLP Announces the Reopening of the Lead Plaintiff Appointment Process in a Class Action Against Rock Holdings, Inc.

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") announces the reopening of the lead plaintiff appointment process in a class action lawsuit against Rock Holdings, Inc. ("RHI"). The action, which is captioned Construction Laborers Pension Trust for...

7/29/25, 12:52 PM  Labaton Keller Sucharow LLP Files Securities Class Action Against Fiserv, Inc. and Certain of Its Executives

Case 1:25-cv-06094-JHR-VF    Document 23-3    Filed 09/22/25    Page 6 of 7

Back to Newsroom →

# Wish your news had this kind of reach?

Sign Up →

Learn About Business Wire →



## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

7/29/25, 12:52 PM Labaton Keller Sucharow LLP Files Securities Class Action Against Fiserv, Inc. and Certain of Its Executives

Case 1:25-cv-06094-JHR-VF Document 23-3 Filed 09/22/25 Page 7 of 7

Explore by Industry

Newsroom

Industries

Subjects

Languages

Resources

Blog

For Journalists

Sign Up



© 2025 Business Wire, Inc.

Privacy Policy    Cookie Policy    Copyright    Accessibility Statement    Terms of Use

