**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>FISERV, INC., FRANK J. BISIGNANO, MICHAEL P. LYONS, ROBERT W. HAU, and KENNETH F. BEST,<br><br>     Defendants. | No. 1:25-cv-06094-JR-VF<br><br>Judge Jennifer Rearden<br><br><u>CLASS ACTION</u> |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF THE MOTION OF THE PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach (collectively, the "Pension Funds"), for the entry of an Order: (i) appointing the Pension Funds as Lead Plaintiff in the above-captioned Action; (ii) approving the Pension Funds' selection of Labaton as Lead Counsel for the Class in the Action; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certifications of the Pension Funds, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying the Pension Funds' transactions in Fiserv, Inc. common stock during the Class Period;

EXHIBIT C:   Joint Declaration of the Pension Funds;

EXHIBIT D:   Notice of the Action issued on *Business Wire*, on July 24, 2025;

EXHIBIT E:   Firm Resume of Labaton.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of September, 2025

*/s/ Francis P. McConville*
Francis P. McConville