# Exhibit A

## CERTIFICATION

I, David Strauss, as Chairman of City of Hollywood Police Officers' Retirement System ("Hollywood Police"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of Hollywood Police.  I have reviewed a complaint prepared against Fiserv, Inc. ("Fiserv") alleging violations of the federal securities laws and authorize the filing of this pleading;

2.    Hollywood Police did not purchase securities of Fiserv at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    Hollywood Police is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Hollywood Police fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.    Hollywood Police's transactions in Fiserv securities during the Class Period are reflected in Exhibit A, attached hereto;

5.    Hollywood Police sought to serve and was appointed as a lead plaintiff or representative party on behalf of a class in the following class actions under the federal securities laws filed during the last three years:

*In re ASML Holding N.V. Securities Litigation*, No. 24-cv-08664 (S.D.N.Y.)
*In re General Motors Company Securities Litigation*, No. 23-cv-13132 (E.D. Mich.)
*Jastram v. NextEra Energy, Inc.*, No. 9:23-cv-80833 (S.D. Fla.)

6.    Hollywood Police sought to serve as a lead plaintiff or representative party in the following class actions under the federal securities laws filed during the last three years and was not appointed:

*Pembroke Pines Firefighters & Police Officers Pension Fund v. Adobe, Inc.*,
No. 1:23-cv-09260 (S.D.N.Y.)

7.      Hollywood Police has served as a representative party on behalf of a class in the following actions under the federal securities laws filed during the last three years:

*City of Hollywood Police Officers' Retirement System v. Sprout Social, Inc.,*
No. 24-cv-5582 (N.D. Ill.)
*City of Hollywood Police Officers' Retirement System v. First Republic Bank,*
No. 23-cv-1993 (N.D. Cal.)

8.      Beyond its pro rata share of any recovery, Hollywood Police will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this  24th  day of July, 2025.

_____
*David Strauss*
Chairman
Hollywood Police Officers' Retirement System

**EXHIBIT A**

**TRANSACTIONS IN FISERV, INC. COMMON STOCK**

| Transaction Type | Trade Date | Shares | Local Price | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 10/08/24 | (72) | $186.97 | $13,462 |
| Sales | 10/09/24 | (82) | $187.72 | $15,393 |
| Sales | 10/21/24 | (84) | $195.78 | $16,446 |
| Sales | 10/21/24 | (51) | $196.98 | $10,046 |
| Sales | 10/21/24 | (96) | $196.23 | $18,838 |
| Sales | 10/23/24 | (32) | $202.68 | $6,486 |
| Sales | 10/25/24 | (23) | $200.85 | $4,620 |
| Sales | 10/25/24 | (77) | $202.31 | $15,578 |
| Sales | 10/25/24 | (103) | $200.09 | $20,609 |
| Sales | 11/08/24 | (80) | $211.71 | $16,937 |
| Sales | 11/08/24 | (59) | $211.97 | $12,506 |
| Sales | 11/08/24 | (96) | $211.39 | $20,293 |
| Sales | 11/08/24 | (42) | $212.62 | $8,930 |
| Sales | 11/11/24 | (48) | $215.11 | $10,325 |
| Sales | 11/14/24 | (33) | $210.71 | $6,953 |
| Sales | 11/14/24 | (54) | $212.05 | $11,451 |
| Sales | 11/19/24 | (21) | $212.89 | $4,471 |
| Sales | 11/21/24 | (28) | $218.86 | $6,128 |
| Sales | 11/21/24 | (27) | $217.46 | $5,871 |
| Sales | 11/22/24 | (9) | $221.08 | $1,990 |
| Sales | 11/25/24 | (53) | $220.84 | $11,705 |
| Sales | 12/02/24 | (50) | $217.91 | $10,896 |
| Sales | 12/03/24 | (43) | $216.13 | $9,294 |
| Sales | 12/05/24 | (93) | $207.18 | $19,268 |
| Sales | 02/05/25 | (160) | $229.43 | $36,709 |
| Sales | 02/21/25 | (46) | $232.48 | $10,694 |
| Purchases | 03/07/25 | 31 | $214.67 | ($6,655) |
| Purchases | 04/01/25 | 3,360 | $220.45 | ($740,712) |
| Purchases | 04/09/25 | 37 | $207.75 | ($7,687) |
| Purchases | 04/09/25 | 61 | $207.82 | ($12,677) |
| Purchases | 04/10/25 | 36 | $200.98 | ($7,235) |
| Purchases | 04/24/25 | 67 | $185.03 | ($12,397) |
| Purchases | 04/24/25 | 39 | $179.28 | ($6,992) |
| Purchases | 04/25/25 | 40 | $178.95 | ($7,158) |
| Purchases | 04/25/25 | 123 | $179.21 | ($22,043) |
| Purchases | 04/28/25 | 45 | $183.07 | ($8,238) |
| Purchases | 05/06/25 | 1,661 | $185.91 | ($308,797) |
| Purchases | 05/21/25 | 1,974 | $165.06 | ($325,828) |

| Transaction Type | Trade Date | Shares | Local Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 05/29/25 | 130 | $159.31 | ($20,710) |
| Purchases | 05/30/25 | 64 | $161.41 | ($10,330) |
| Purchases | 06/05/25 | 43 | $164.63 | ($7,079) |
| Sales | 06/26/25 | (73) | $170.36 | $12,436 |
| Sales | 07/02/25 | (506) | $171.86 | $86,960 |
| Purchases | 07/21/25 | 82 | $166.95 | ($13,690) |
| Purchases | 07/22/25 | 18 | $166.47 | ($2,996) |

**CERTIFICATION**

I, Steven Feldman, as Chairman of City Pension Fund for Firefighters and Police Officers in the City of Miami Beach ("Miami Beach Fire and Police"), hereby certify as follows:

1.     I am fully authorized to enter into and execute this Certification on behalf of Miami Beach Fire and Police.  I have reviewed a complaint filed against Fiserv, Inc. ("Fiserv") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

2.     Miami Beach Fire and Police did not purchase securities of Fiserv at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.     Miami Beach Fire and Police is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Miami Beach Fire and Police fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.     Miami Beach Fire and Police's transactions in Fiserv securities during the Class Period are reflected in Exhibit A, attached hereto;

5.     Miami Beach Fire and Police sought to serve and was appointed as a lead plaintiff or representative party on behalf of a class in the following class actions under the federal securities laws filed during the last three years:

*In re ASML Holding N.V. Securities Litigation*, No. 24-cv-08664 (S.D.N.Y.)

6.     Beyond its pro rata share of any recovery, Miami Beach Fire and Police will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 19th day of September, 2025.

Steven Feldman
Chairman
City Pension Fund for Firefighters and Police
Officers in the City of Miami Beach

**EXHIBIT A**

**TRANSACTIONS IN FISERV, INC. COMMON STOCK**

| Transaction Type | Trade Date | Shares | Share Price | Cost / Proceeds |
|---|---|---|---|---|
| Purchases | 04/01/2025 | 9,901 | $220.45 | ($2,182,675.45) |
| Purchases | 05/06/2025 | 8,452 | $185.91 | ($1,571,311.32) |
| Sales | 5/19/2025 | (677) | $168.73 | $114,230.21 |