# Exhibit B

**LOSS ANALYSIS**

**Filed Class Period: 07/24/24 - 07/22/25**

**Fiserv, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| FI | 337738108 | US3377381088 | 2342034 | $136.3088 |

**City Pension Fund for Firefighters and Police Officers in the City of Miami Beach**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchases | 04/01/25 | 9,901 | $220.4500 | ($2,182,675.45) |
| Purchases | 05/06/25 | 8,452 | $185.9100 | ($1,571,311.32) |
| *Class Period Purchases:* | | *18,353* | | *($3,753,986.77)* |
| *Class Period Sales that match to Pre-Class Period:* | | *0* | | *$0.00* |
| Sales | 05/19/25 | -677 | $168.7300 | **$114,230.21** |
| *Class Period Sales that match to Class Period Purchases:* | | *-677* | | *$114,230.21* |
| | Shares Held: | 17,676 | $136.3088 | $2,409,394.35 |
| | | | **LIFO Gain/(Loss):** | **($1,230,362.21)** |
| | | Total Shares Bought: | | 18,353 |
| | | Total Net Shares: | | 17,676 |
| | | Total Net Expenditures: | | ($3,639,756.56) |

[1] *Value of shares held is the mean trading price from 07/23/25 - 09/22/25*

LOSS ANALYSIS

**Filed Class Period: 07/24/24 - 07/22/25**

**Fiserv, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|
| FI | 337738108 | US3377381088 | 2342034 | $136.3088 |

[1]

**City of Hollywood Police Officers' Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 03/07/25 | 31 | $214.6700 | ($6,654.77) |
| Purchases | 04/01/25 | 3,360 | $220.4500 | ($740,712.00) |
| Purchases | 04/09/25 | 37 | $207.7500 | ($7,686.75) |
| Purchases | 04/09/25 | 61 | $207.8200 | ($12,677.02) |
| Purchases | 04/10/25 | 36 | $200.9800 | ($7,235.28) |
| Purchases | 04/24/25 | 67 | $185.0300 | ($12,397.01) |
| Purchases | 04/24/25 | 39 | $179.2800 | ($6,991.92) |
| Purchases | 04/25/25 | 40 | $178.9500 | ($7,158.00) |
| Purchases | 04/25/25 | 123 | $179.2100 | ($22,042.83) |
| Purchases | 04/28/25 | 45 | $183.0700 | ($8,238.15) |
| Purchases | 05/06/25 | 1,661 | $185.9100 | ($308,796.51) |
| Purchases | 05/21/25 | 1,974 | $165.0600 | ($325,828.44) |
| Purchases | 05/29/25 | 130 | $159.3100 | ($20,710.30) |
| Purchases | 05/30/25 | 64 | $161.4100 | ($10,330.24) |
| Purchases | 06/05/25 | 43 | $164.6300 | ($7,079.09) |
| Purchases | 07/21/25 | 82 | $166.9500 | ($13,689.90) |
| Purchases | 07/22/25 | 18 | $166.4700 | ($2,996.46) |
| **Class Period Purchases:** | | **7,811** | | **($1,521,224.67)** |
| Sales | 10/08/24 | -72 | $186.9700 | **$13,461.84** |
| Sales | 10/09/24 | -82 | $187.7200 | **$15,393.04** |
| Sales | 10/21/24 | -84 | $195.7800 | **$16,445.52** |
| Sales | 10/21/24 | -51 | $196.9800 | **$10,045.98** |
| Sales | 10/21/24 | -96 | $196.2300 | **$18,838.08** |
| Sales | 10/23/24 | -32 | $202.6800 | **$6,485.76** |
| Sales | 10/25/24 | -23 | $200.8500 | **$4,619.55** |
| Sales | 10/25/24 | -77 | $202.3100 | **$15,577.87** |
| Sales | 10/25/24 | -103 | $200.0900 | **$20,609.27** |
| Sales | 11/08/24 | -80 | $211.7100 | **$16,936.80** |
| Sales | 11/08/24 | -59 | $211.9700 | **$12,506.23** |
| Sales | 11/08/24 | -96 | $211.3900 | **$20,293.44** |
| Sales | 11/08/24 | -42 | $212.6200 | **$8,930.04** |
| Sales | 11/11/24 | -48 | $215.1100 | **$10,325.28** |
| Sales | 11/14/24 | -33 | $210.7100 | **$6,953.43** |
| Sales | 11/14/24 | -54 | $212.0500 | **$11,450.70** |
| Sales | 11/19/24 | -21 | $212.8900 | **$4,470.69** |
| Sales | 11/21/24 | -28 | $218.8600 | **$6,128.08** |
| Sales | 11/21/24 | -27 | $217.4600 | **$5,871.42** |
| Sales | 11/22/24 | -9 | $221.0800 | **$1,989.72** |

**City of Hollywood Police Officers' Retirement System**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Sales | 11/25/24 | -53 | $220.8400 | **$11,704.52** |
| Sales | 12/02/24 | -50 | $217.9100 | **$10,895.50** |
| Sales | 12/03/24 | -43 | $216.1300 | **$9,293.59** |
| Sales | 12/05/24 | -93 | $207.1800 | **$19,267.74** |
| Sales | 02/05/25 | -160 | $229.4300 | **$36,708.80** |
| Sales | 02/21/25 | -46 | $232.4800 | **$10,694.08** |
| *Class Period Sales that match to Pre-Class Period:* | | *-1,562* | | *$325,896.97* |
| Sales | 06/26/25 | -73 | $170.3600 | **$12,436.28** |
| Sales | 07/02/25 | -506 | $171.8600 | **$86,961.16** |
| *Class Period Sales that match to Class Period Purchases:* | | *-579* | | *$99,397.44* |
| | Shares Held: | 7,232 | $136.3088 | $985,785.24 |
| | | | **LIFO Gain/(Loss):** | **($436,041.99)** |
| | | | Total Shares Bought: | 7,811 |
| | | | Total Net Shares: | 5,670 |
| | | | Total Net Expenditures: | ($1,095,930.26) |
| | | | **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($1,666,404.20)** |

[1] *Value of shares held is the mean trading price from 07/23/25 - 09/22/25*