

Francis P. McConville
Partner
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005
212.907.0650
fmcconville@labaton.com

September 22, 2025

**By ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: *City of Hollywood Police Officers' Retirement System v. Fiserv, Inc.*, No. 25-cv-06094-JR-VF

Dear Judge Jennifer Rearden:

    Labaton Keller Sucharow LLP ("Labaton") represents proposed Lead Plaintiff City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach (collectively the "Pension Funds"), in the above-captioned securities litigation (the "Action"). We write pursuant to Your Honor's Individual Rule 5.C. to outline substantive arguments made by the Pension Funds in their concurrently filed motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing the Pension Funds as Lead Plaintiff in the Action; (ii) approving the Pension Funds' selection of Labaton as Lead Counsel for the Class in the Action; and (iii) granting such other and further relief as the Court may deem just and proper.

    As discussed more fully in their Memorandum of Law submitted in support of their Lead Plaintiff Motion, the Pension Funds respectfully request that the Court grant the Lead Plaintiff Motion because: (1) the Pension Funds believe that they are the "most adequate" plaintiffs within the meaning of the PSLRA based on, *inter alia*, their combined losses of approximately $1,666,404 in connection with their purchases of Fiserv common stock as a result of the fraud alleged in the Action, as well as their strong satisfaction of the applicable requirements of the Federal Rules of Civil Procedure 23 (*see* 15 U.S.C. § 78u-4(a)(3)(B)(iii)); and (2) the Pension Funds' selection of Lead Counsel, Labaton, has the skill, knowledge, expertise, and experience that will enable the firm to prosecute this Action effectively and expeditiously under the Pension Funds' direction (*see id.* § 78u-4(a)(3)(B)(v)).

    For the foregoing reasons, and as set forth more fully in their concurrently submitted moving brief, the Pension Funds respectfully request that the Court grant their Lead Plaintiff



New York | Delaware | Washington, D.C.



Motion in all respects.  I respectfully request that the Court schedule oral argument regarding the Pension Funds' motion.

      Thank you for your time and consideration.

                                                     Respectfully submitted,

                                                     */s/ Francis P. McConville*
                                                     Francis P. McConville

cc:      All counsel of Record (via ECF)