**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------ x
CITY OF HOLLYWOOD POLICE              :   Civil Action No. 1:25-cv-06094-JHR-VF
OFFICERS' RETIREMENT SYSTEM,         :
Individually and on Behalf            :
of All Others Similarly Situated,    :   CLASS ACTION
                                      :
                  Plaintiff,          :
                                      :
      v.                              :
                                      :
FISERV, INC., FRANK J. BISIGNANO,    :
MICHAEL P. LYONS, ROBERT W. HAU,     :
AND KENNETH F. BEST,                 :
                                      :
                  Defendants.         :
------------------------------------------------------ x
```

**DECLARATION OF WILLIAM H. NARWOLD IN SUPPORT OF THE MOTION OF ETHENEA INDEPENDENT INVESTORS S.A. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, William H. Narwold, declare as follows:

1.      I am an attorney duly licensed to practice before all the courts of the State of New York and this Court. I am an attorney with the law firm of Motley Rice LLC, counsel for proposed Lead Plaintiff ETHENEA Independent Investors S.A. ("ETHENEA") and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of ETHENEA's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     ETHENEA's sworn Certification;

Exhibit B:     Chart of ETHENEA's Fund's Estimated Loss;

Exhibit C:     Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on July 24, 2025;

Exhibit D:     Excerpts of Ethna-AKTIV's sales prospectus (dated 15 July 2025); and

Exhibit E:     Motley Rice LLC's Shareholder and Securities Fraud Resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September, 2025, at Hartford, Connecticut.

*s/ William H. Narwold*
William H. Narwold

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2025.

*s/ William H. Narwold*
William H. Narwold
**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com