# Exhibit A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Frank Hauprich and Marcelino Komes, on behalf of ETHENEA Independent Investors S.A. ("ETHENEA"), on account of its fund listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      We have reviewed a complaint against Fiserv, Inc. ("Fiserv").

2.      We are duly authorized to institute legal action on behalf of ETHENEA and the Fund, including litigation against Fiserv and any other defendants.

3.      ETHENEA and the Fund did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      ETHENEA is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. ETHENEA also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.      ETHENEA will not accept any payment for serving as a representative party beyond the Fund's *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      ETHENEA has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Chow v. Archer-Daniels-Midland Company*, No. 1:24-cv-00634 (N.D. Ill. Mar. 25, 2024).

7.      ETHENEA understands that this is not a claim form, and that the Fund's ability to share in any recovery as a member of the class is unaffected by ETHENEA's decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions the Fund made during the Class Period in the security that is the subject of this litigation. ETHENEA will provide records of those transactions upon request.

9.      ETHENEA is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.



**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this _10_ day of September, 2025.

For ETHENEA Independent Investors S.A.:

_____
Frank Hauprich
Chief Operating Officer

_____
Marcelino Komes
Chief Compliance Officer

## Schedule A

## ETHENEA Independent Investors S.A.

### Fiserv, Inc. (FI)

Class Period: 07/24/2024 - 07/22/2025

**Ethna-AKTIV**

|  |  | Date | Shares | Price |
|---|---|---|---|---|
| Purchases: |  | 6/25/2025 | 171,000.00 | 171.12 |
| Sales: |  | 4/2/2025 | -90,000.00 | 225.13 |

