# Exhibit B

Fiserv Inc. (FI)
ETHENEA Independent Investors S.A.

Class Period: 7/24/2024 - 7/22/2025                                                                 Hold Price: $ 136.3088

| Ethna-AKTIV | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Pre-Class Shares | | 90,000 | | |
| Sale of Pre-Class Shares | 4/2/2025 | (90,000) | $ 225.1253 | $ 20,261,277.00 |
| Purchase | 6/25/2025 | 171,000 | $ 171.1204 | ($ 29,261,588.40) |
| Net Proceeds of Transactions | | | | ($ 29,261,588.40) |
| Value of 171,000 retained shares @ $ 136.3088 per share | | | | $ 23,308,811.16 |
| (Loss)/Gain for Ethna-AKTIV[b] | | | | ($ 5,952,777.24) |

[a] Any holdings sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

[b] Losses calculated on a last-in first-out (LIFO) basis.