# Exhibit D

SALES PROSPECTUS

(with Annex and Management Regulations)

_____

Ethna–AKTIV

_____

Management Company:

ETHENEA Independent Investors S.A. (société anonyme)

Depositary:

DZ PRIVATBANK S.A. (société anonyme)

As at: 15 July 2025

1

The investment fund described in this Sales Prospectus (with its Annexes and the Management Regulations) (the "Sales Prospectus") is a Luxembourg investment fund (*fonds commun de placement*) that has been established for an unlimited period in the form of a mono fund in accordance with Part I of the Luxembourg Law of 17 December 2010, as amended, relating to undertakings for collective investment (the "Law of 17 December 2010").

This Sales Prospectus is only valid in conjunction with the most recently published annual report, which may not be more than 16 months old. If the annual report is older than eight months, the buyer will also be provided with the semi-annual report. The currently valid Sales Prospectus and the  Key Information Document for packaged retail and insurance-based investment products (PRIIP) shall form the legal foundation for the purchase of units. In purchasing units, the investor acknowledges the Sales Prospectus, the Key Information Document and any approved amendments published thereto.

The investor will be provided with the Key Information Document at no charge and on a timely basis prior to the acquisition of Fund units.

No information or explanations may be given which are at variance with the Sales Prospectus, the Key Information Document and/or the annual report. The Management Company shall not be liable if any information or explanations are given which deviate from the terms of the current Sales Prospectus, the Key Information Document and/or the annual report.

The Sales Prospectus and the Key Information Document as well as the relevant annual and semi-annual reports for the Fund are available on a durable medium free of charge at the registered office of the Management Company, the Depositary, the paying agents/information agents and sales agent. The Sales Prospectus and the Key Information Document may also be downloaded from the website www.ethenea.com. Upon request by the investor, these documents will also be provided in hard copy. For further information, please see the section entitled "Information for investors".

Sales Prospectus

The investment fund ("Fund") described in this Sales Prospectus is managed by **ETHENEA Independent Investors S.A.**

This Sales Prospectus includes at least one annex specific to the sub-funds and the Management Regulations applicable to the Fund. The Management Regulations first entered into force on 28 January 2002. They were filed with the Luxembourg Trade and Companies Register, and a notice of deposit was first published in the "*Mémorial, Recueil des Sociétés et Associations*", the Official Gazette of the Grand Duchy of Luxembourg ("Mémorial") on 2 March 2002. On 1 June 2016, the Mémorial was replaced by the *Recueil Électronique des Sociétés et Associations* ("RESA"), the new information platform of the Luxembourg Trade and Companies Register.

Its Management Regulations were last amended and published in the RESA on 15 July 2025.

The Sales Prospectus (with Annexes) and Management Regulations constitute a whole in terms of their substance and thus complement each other.

## The Management Company

The Management Company of the Fund is **ETHENEA Independent Investors S.A.** ("Management Company"), a public limited company (Aktiengesellschaft) under the law of the Grand Duchy of Luxembourg with its registered office located at 16, Rue Gabriel Lippmann, L-5365 Munsbach. It was established for an indefinite period on 10 September 2010. Its Articles of Association were published in the Mémorial on 15 September 2010. The Management Company is entered in the Luxembourg Trade and Companies Register under registration number R.C.S. Luxembourg B -155427. The financial year of the Management Company ends on 31 December of each year. The subscribed and fully paid up capital of the Management Company amounted to EUR 1,000,000 on 31 December 2024.

he corporate purpose of the Management Company is the foundation and management of (i) undertakings for collective investment in transferable securities ("UCITS") in accordance with Directive 2009/65/EC, as amended, (ii) alternative investment funds ("AIF") in accordance with Directive 2011/61/EU, as amended, and other undertakings for collective investment ("UCIs") which are not covered by the above Directives, on behalf of the unitholders. The Management Company acts in accordance with the provisions of the Law of 17 December 2010 on undertakings for collective investment, as amended (the "Law of 17 December 2010"), the Law of 13 February 2007, the Law of 12 July 2013, the applicable regulations and the circulars of the CSSF, each as amended.

The Management Company meets the requirements contained in amended Council Directive 2009/65/EEC on the coordination of laws, regulations and administrative provisions relating to undertakings for collective investment in transferable securities.

The Management Company is responsible for the management and administration of the Fund. Acting on behalf of the Fund, it may take all management and administrative measures and exercise all rights directly or indirectly connected with the Fund's assets.

The Management Company acts honestly, fairly, professionally and independently of the Depositary and solely in the interests of the investors when carrying out its tasks.

6