UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : | Civil Action No. 1:25-cv-06094-JHR-VF |
| | : | **CLASS ACTION** |
| Plaintiff, | : : | |
| v. | : : | |
| FISERV, INC., FRANK J. BISIGNANO, MICHAEL P. LYONS, ROBERT W. HAU, AND KENNETH F. BEST, | : : : : | |
| Defendants. | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF MOVANT
ETHENEA INDEPENDENT INVESTORS S.A.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for movant ETHENEA Independent Investors S.A. certifies as follows:

1. ETHENEA Independent Investors S.A. states that Haron Holding S.A. is its parent company and no publicly held corporation owns 10% or more of its stock.

DATED: September 22, 2025

Respectfully submitted,

**MOTLEY RICE LLC**

*s/ William H. Narwold*
William H. Narwold
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com

and

Gregg S. Levin
Christopher F. Moriarty
Andrew P. Arnold
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com

*Counsel for ETHENEA Independent Investors S.A. and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2025.

*s/ William H. Narwold*_____
William H. Narwold
**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com