# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| City of Hollywood Police Officers' Retirement System ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-06094-JHR-VF |
| Fiserv, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ETHENEA Independent Investors S.A. .

Date: 9/25/2025

/s/ William S. Narwold
*Attorney's signature*

William S. Narwold (WN-1713)
*Printed name and bar number*
Motley Rice, LLC
One Corporate Center
20 Church St., 17th Flr
Hartford, CT 06103
*Address*

bnarwold@motleyrice.com
*E-mail address*

860.882.1681
*Telephone number*

860.882.1682
*FAX number*