UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>FISERV, INC., FRANK J. BISIGNANO, MICHAEL P. LYONS, ROBERT W. HAU, and KENNETH F. BEST,<br><br>    Defendants. | Case No.: 1:25-cv-06094-JHR<br><br>Hon. Jennifer H. Rearden |

### NOTICE OF WITHDRAWAL OF DANISH QURESHI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Danish Qureshi ("Movant"), hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action. *See* ECF No. 21. This withdrawal shall have no impact on Movant's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides that the present movants are either inadequate or atypical and, therefore, unable to represent the class, Movant stands ready, willing and able to serve as lead plaintiff.

*[Signature on following page]*

| | |
|---|---|
| Dated: September 25, 2025 | Respectfully Submitted, |
| | **LEVI & KORSINSKY, LLP** |
| | By: /s/ *Adam M. Apton* |
| | Adam M. Apton (AS-8383) |
| | 33 Whitehall Street, 27th Floor |
| | New York, NY 10004 |
| | Tel: (212) 363-7500 |
| | Fax: (212) 363-7171 |
| | Email: aapton@zlk.com |
| | *Lead Counsel for Danish Qureshi* |