**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Yoko Momoyama*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FISERV, INC., FRANK J. BISIGNANO, MICHAEL P. LYONS, ROBERT W. HAU, and KENNETH F. BEST,<br><br>Defendants. | CASE No. 1:25-cv-06094-JHR<br><br>NOTICE OF WITHDRAWAL OF MOTION OF YOKO MOMOYAMA TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br><u>CLASS ACTION</u> |

Movant Yoko Momoyama ("Movant") hereby withdraws her Motion for Appointment as Lead Plaintiff and Approval of Counsel. Dkt. No. 19. Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

1

|  |  |
|---|---|
| Dated: October 3, 2025 | Respectfully submitted,<br><br>**THE ROSEN LAW FIRM, P.A.**<br><br><u>/s/ Phillip Kim</u><br>Phillip Kim, Esq.<br>Laurence M. Rosen, Esq.<br>275 Madison Avenue, 40th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827<br>Email: philkim@rosenlegal.com<br>Email: lrosen@rosenlegal.com<br><br>*Counsel for Yoko Momoyama* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 3, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

              /s/Phillip Kim