October 10, 2025

**By ECF**

The Honorable Valerie Figueredo
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *City of Hollywood Police Officers' Retirement System v. Fiserv, Inc.*, *et al.*, No. 1:25-cv-06094-JHR-VF (S.D.N.Y.)

Dear Magistrate Judge Figueredo:

      We write jointly on behalf of Plaintiff City of Hollywood Police Officers' Retirement System and Defendants Fiserv, Inc., Frank J. Bisignano, Michael P. Lyons, Robert W. Hau, and Kenneth F. Best (collectively, the "Parties") in the above-captioned action. We write in response to the Court's August 20 order directing the Parties to file a joint status update by October 10, 2025. ECF No. 18.

      Four investors filed for Lead Plaintiff appointment on September 22, 2025. ECF Nos. 19, 21, 24 and 29. Two of those investors have subsequently withdrawn their motions. ECF Nos. 34 and 38. Thus, the only movants still seeking appointment are City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach, ECF No. 24, and ETHENEA Independent Investors S.A., ECF No. 29. Each of these movants filed briefs in further support of their respective motions on October 6, 2025. ECF Nos. 39 and 40. The movants' replies are due to be filed October 14, 2025. Civil L.R. 6.1.

      Within fourteen days of the Court appointing a Lead Plaintiff, counsel for Lead Plaintiff and counsel for Defendants will submit to the Court a schedule for the filing of a consolidated or amended complaint, if any, and a time for Defendants to respond to the Complaint or any consolidated or amended complaint by answer, motion, or otherwise. ECF No. 18.

October 10, 2025
Page 2

Respectfully submitted,

| | |
|---|---|
| *Francis P. McConville* | *Alexander J. Willscher* |
| Francis P. McConville | Alexander J. Willscher |
| Connor C. Boehme | Julia A. Malkina |
| LABATON KELLER SUCHAROW LLP | SULLIVAN & CROMWELL LLP |
| 140 Broadway | 125 Broad Street |
| New York, New York 10005 | New York, New York 10004 |
| Telephone: (212) 907-0700 | Telephone: (212) 558-4000 |
| Facsimile: (212) 818-0477 | Facsimile: (212) 588-3588 |
| fmcconville@labaton.com | willschera@sullcrom.com |
| cboehme@labaton.com | malkinaj@sullcrom.com |
| | |
| *Attorneys for Plaintiff City of Hollywood Police Officers' Retirement System* | *Attorneys for Defendants Fiserv, Inc., Frank J. Bisignano, Michael P. Lyons, Robert W. Hau, and Kenneth F. Best* |

Robert D. Klausner
Stuart A. Kaufman
KLAUSNER KAUFMAN JENSEN & LEVINSON
7080 NW 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Attorneys for Plaintiff City of Hollywood Police Officers' Retirement System*