UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FISERV, INC., FRANK J. BISIGNANO, MICHAEL P. LYONS, ROBERT W. HAU, and KENNETH F. BEST,<br><br>Defendants. | Civil Action No. 1:25-cv-06094-JHR-VF<br><br>**CLASS ACTION** |

**STIPULATION AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**

1. WHEREAS, the above-captioned action (the "Action") was filed in the United States District Court for the Southern District of New York on July 24, 2025 on behalf of a putative "Class" of investors who purchased or otherwise acquired Fiserv, Inc. ("Fiserv"), common stock between July 24, 2024 and July 22, 2025, inclusive;

2. WHEREAS, four motions for appointment of Lead Plaintiff and approval of selection of Lead Counsel were filed on the September 22, 2025 statutory deadline pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

3. WHEREAS, ETHENEA Independent Investors S.A. ("ETHENEA") filed a motion for appointment as Lead Plaintiff and approval of Motley Rice LLC ("Motley Rice") as Lead Counsel (ECF No. 29);

4. WHEREAS, City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach (the "Pension Funds") filed a motion for appointment as Lead Plaintiff and approval of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel (ECF No. 24);

5. WHEREAS, two other putative class members (Yoko Momoyama and Danish Qureshi) initially filed motions for lead plaintiff appointment (ECF Nos. 19 and 21) and subsequently withdrew those motions (ECF Nos. 34 and 38);

6. WHEREAS, ETHENEA and the Pension Funds are the only remaining movants for Lead Plaintiff appointment;

7. WHEREAS, ETHENEA and the Pension Funds, as the only remaining movants for Lead Plaintiff appointment, have determined that it is in the best interests of the Class to jointly prosecute this Action;

8. WHEREAS, ETHENEA and the Pension Funds are all institutional investors with significant experience serving as lead plaintiff in other actions brought pursuant to the PSLRA, including as part of cohesive lead plaintiff groups, *see, e.g.*, *Chow v. Archer-Daniels-Midland Co.*, No. 24-cv-00634 (N.D. Ill.) (ETHENEA currently serving as lead plaintiff alongside another two institutional investors); *In re HD Supply Holdings, Inc. Sec. Litig.*, No. 17-cv-02587 (N.D. Ga) ($50 million recovery with the Pension Funds serving as lead plaintiff alongside another institutional investor); *In re ASML Holding N.V. Sec. Litig.*, No. 24-cv-08664 (S.D.N.Y.) (Pension Funds currently serving as lead plaintiff alongside three other institutional investors);

9. WHEREAS, ETHENEA and the Pension Funds believe that the interests of the Class are best served by agreement and cooperation among the remaining movants in a leadership structure that resolves the pending motions and promotes efficient and expedient prosecution of the Action on behalf of themselves and the absent Class members; and

10. WHEREAS, ETHENEA and the Pension Funds are committed to supervising the conduct of this litigation by their counsel and ensuring that counsel coordinate appropriately and avoid any duplication of effort in the prosecution of the litigation;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. Every pleading in the Action shall have the following caption: *In re Fiserv, Inc. Securities Litigation*, Case No. 1:25-cv-06094-JHR-VF (S.D.N.Y.). The file in Case No. 1:25-cv-

06094-JHR-VF shall be the master file for the Action. All securities class actions on behalf of purchasers of Fiserv securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this Action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the later-filed action is consolidated into this Action.

2.  Pursuant to 15 U.S.C. §78u-4(a)(3)(B), ETHENEA and the Pension Funds are appointed as Lead Plaintiff to represent the interests of the Class in this Action.

3.  Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Motley Rice is approved as Lead Counsel for the Class.

4.  Pursuant to the Court's earlier order (ECF No. 18), within fourteen (14) days of entry of this stipulation, counsel for Lead Plaintiff and counsel for Defendants shall meet and confer and submit to the Court a schedule for the filing of a consolidated or amended complaint, and a time for Defendants to respond to the Complaint or any consolidated or amended complaint by answer, motion, or otherwise.

IT IS SO STIPULATED.

- 4 -

DATED: November 7, 2025

Respectfully submitted,

/s/ *Andrew P. Arnold*

**MOTLEY RICE LLC**

Gregg S. Levin
Christopher F. Moriarty
Andrew P. Arnold
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
glevin@motleyrice.com
cmoriarty@motleyrice.com
aarnold@motleyrice.com

and

William H. Narwold
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com

*Counsel for Proposed Lead Plaintiff ETHENEA Independent Investors S.A. and Proposed Lead Counsel for the Class*

- 5 -

DATED: November 7, 2025        Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville
Connor C. Boehme
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
Stuart A. Kaufman
7080 NW 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Proposed Lead Plaintiff City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*

**[PROPOSED] ORDER GRANTING STIPULATION**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: November __, 2025      _____
                                     THE HONORABLE VALERIE FIGUEREDO
                                     UNITED STATES MAGISTRATE JUDGE

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, a copy of the foregoing STIPULATION AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL was served electronically on all counsel of record via the CM/ECF system.

By: */s/ Andrew P. Arnold*
Andrew P. Arnold