UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE FISERV, INC. SECURITIES
LITIGATION

Case No: 1:25-cv-06094-JHR-VF

**STIPULATION AND
SCHEDULING ORDER**

---------------------------------------------------------x

WHEREAS, on July 24, 2025, Plaintiff City of Hollywood Police Officers' Retirement System filed this action asserting putative class action claims under the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder against Defendants Fiserv, Inc., Frank J. Bisignano, Michael P. Lyons, Robert W. Hau, and Kenneth F. Best (together, "Defendants");

WHEREAS, on August 13, 2025, Plaintiff City of Hollywood Police Officers' Retirement System and Defendants filed a Stipulation and Proposed Order extending Defendants' time to answer or otherwise respond to the complaint until after the Court appointed a lead plaintiff(s) and lead counsel (ECF No. 16);

WHEREAS, on November 17, 2025, the Court entered an Order: (i) appointing ETHENEA Independent Investors S.A., City of Hollywood Police Officers' Retirement System, and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach as Lead Plaintiffs in this action, (ii) appointing Motley Rice LLC as lead counsel for the putative class, and (iii) requiring that, within 14 days of entry of the Order, counsel for the parties meet and confer and submit to the Court a schedule for the filing of an amended complaint, and a time for

-2-

Defendants to respond to the operative complaint or any amended complaint by answer, motion, or otherwise (ECF No. 45);

WHEREAS, on November 19, 2025, counsel for the parties met to discuss a briefing schedule; and

WHEREAS, the parties have agreed to, and request from the Court, the below briefing schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties to this action, as follows:

1. Lead Plaintiffs shall file an amended complaint on or before January 30, 2026.

2. Defendants shall respond to the amended complaint by answer, motion, or otherwise on or before March 31, 2026.

3. If Defendants respond by motion to dismiss, Lead Plaintiffs shall file an opposition to the motion to dismiss on or before June 1, 2026.

4. If Lead Plaintiffs file an opposition to Defendants' motion to dismiss, Defendants shall file a reply brief on or before July 1, 2026.

Dated: December 1, 2025
       New York, New York

| | |
|---|---|
| */s/ Christopher F. Moriarty* | */s/ Alexander J. Willscher* |
| Gregg S. Levin | Alexander J. Willscher |
| (*Pro Hac Vice* forthcoming) | Julia A. Malkina |
| Christopher F. Moriarty | Brian Frawley |
| (Admitted *pro hac vice*) | SULLIVAN & CROMWELL LLP |
| Andrew P. Arnold | 125 Broad Street |
| MOTLEY RICE LLC | New York, New York 10004 |
| 28 Bridgeside Boulevard | Telephone: (212) 558-4000 |
| Mt. Pleasant, SC 29464 | Facsimile: (212) 588-3588 |
| Telephone: (843) 216-9000 | willschera@sullcrom.com |
| Facsimile: (843) 216-9450 | malkinaj@sullcrom.com |
| glevin@motleyrice.com | frawleyb@sullcrom.com |
| cmoriarty@motleyrice.com | |
| aarnold@motleyrice.com | *Attorneys for Defendants Fiserv, Inc., Frank J. Bisignano, Michael P. Lyons, Robert W. Hau, and Kenneth F. Best* |

and

Serena P. Hallowell
(Notice of Appearance forthcoming)
MOTLEY RICE LLC
800 Third Avenue, Suite 2401
New York, NY 10022
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
shallowell@motleyrice.com

*Counsel for Lead Plaintiff ETHENEA Independent Investors S.A. and Lead Counsel for the Putative Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty
(Notice of Appearance forthcoming)
Michael H. Rogers
(Notice of Appearance forthcoming)
Jacqueline R. Meyers
(Notice of Appearance forthcoming)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com

mrogers@labaton.com
jmeyers@labaton.com

*Counsel for Lead Plaintiffs Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
(*Pro Hac Vice* forthcoming)
FL Bar No. 244082
Stuart A. Kaufman
(*Pro Hac Vice* forthcoming)
FL Bar No. 979211
7080 NW 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiffs City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*

**SO ORDERED**

Date: December 2, 2025

_____
The Honorable Valerie Figueredo
United States Magistrate Judge