# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re Fiserv, Inc., Securities Litigation | Case No. 1:25 cv-06094-JHR-VF |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiffs City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach.

Date: 12/11/2025

/s/ Michael H. Rogers
*Attorney's signature*

Michael H. Rogers (MR5460)
*Printed name and bar number*

Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
*Address*

mrogers@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*