UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

IN RE FISERV, INC. SECURITIES LITIGATION

Case No: 1:25-cv-06094-JHR-VF

**STIPULATION AND ORDER**

----------------------------------------------------x

WHEREAS, on July 24, 2025, this action ("SDNY Action") was filed against Defendants Fiserv, Inc., ("Fiserv"), Frank J. Bisignano, Michael P. Lyons, Robert W. Hau, and Kenneth F. Best (together, "Defendants");

WHEREAS, on November 4, 2025, a putative securities class action was filed in the United States District Court for the Eastern District of Wisconsin against Fiserv, Mr. Lyons, and Mr. Hau, captioned *Cypanga Sicav SIF* v. *Fiserv, Inc.*, No. 2:25-cv-01716-JPS ("Cypanga Action");

WHEREAS, on November 14, 2025, a putative securities class action was filed in the United States District Court for the Eastern District of Wisconsin against Fiserv, Mr. Lyons, and Mr. Hau, captioned *Lombard* v. *Fiserv, Inc.*, No. 2:25-cv-01786-PP ("Lombard Action");

WHEREAS, on November 17, 2025, this Court entered an Order appointing ETHENEA Independent Investors S.A. and City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach as lead plaintiffs ("Lead Plaintiffs," and together with Defendants, "Parties") (SDNY ECF No. 45);

WHEREAS, on November 14, 2025, Lead Plaintiffs filed a motion in the Cypanga Action requesting: (i) leave to intervene in the Cypanga Action; (ii) vacating or striking the lead-

plaintiff notice and deadline in the Cypanga Action; and (iii) transferring the Cypanga Action to the Southern District of New York for consolidation with the SDNY Action (Cypanga ECF No. 4);

WHEREAS, on November 26, 2025, Lead Plaintiffs filed a motion in the Lombard Action requesting: (i) leave to intervene in the Lombard Action; (ii) vacating or striking the lead-plaintiff notice and deadline in the Lombard Action; and (iii) transferring the Lombard Action to the Southern District of New York for consolidation with the SDNY Action (together with the above-described motion in the Cypanga Action, the "Wisconsin Motions") (Lombard ECF No. 3);

WHEREAS, in the Wisconsin Motions, Lead Plaintiffs stated that they "will add" the claims, allegations, and class period in the Cypanga and Lombard Actions "to the allegations in [the SDNY] Action in [their] amended complaint, entirely subsuming the [Cypanga and Lombard] Action[s]" (Cypanga ECF No. 4; *see* Lombard ECF No. 3);

WHEREAS, on December 2, 2025, this Court so-ordered the Parties' stipulation setting the following schedule: (i) Lead Plaintiffs shall file an amended complaint on or before January 30, 2026; (ii) Defendants shall respond to the amended complaint by answer, motion, or otherwise on or before March 31, 2026; (iii) if Defendants respond by motion to dismiss, Lead Plaintiffs shall file an opposition to the motion to dismiss on or before June 1, 2026; and (iv) if Lead Plaintiffs file an opposition to Defendants' motion to dismiss, Defendants shall file a reply brief on or before July 1, 2026 (SDNY ECF No. 48);

WHEREAS, Cypanga Sicav SIF and Ms. Lombard have both opposed the Wisconsin Motions (Cypanga ECF No. 18; Lombard ECF No. 13);

WHEREAS, on January 5, 2026, three purported Fiserv shareholders moved: (i) for appointment as lead plaintiff in the Cypanga Action; and (ii) to consolidate the Lombard Action into the Cypanga Action (Cypanga ECF Nos. 21-31);

WHEREAS, on January 6, 2026, Judge Stadtmueller of the Eastern District of Wisconsin entered an order staying briefing on the lead plaintiff motions filed in the Cypanga Action pending his "resolution of the issues of consideration and intervention and transfer"; and

WHEREAS, the Parties have met and conferred, and agree that temporarily staying the SDNY Action to give the Eastern District of Wisconsin time to consider the Wisconsin Motions will reduce the potential for duplicative and wasteful litigation, thereby conserving the resources of the Court and the Parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties to the SDNY Action, as follows:

1. The SDNY Action is **STAYED** until 14 days following the Termination Date.

2. The Termination Date shall be the earlier of: (i) such date that the Wisconsin Motions are resolved; and/or (ii) such date that Lead Plaintiffs or Defendants, in their sole discretion, provide written notice terminating the stay to all other Parties. Such written notice shall be provided via email to all attorneys that have appeared on behalf of Lead Plaintiffs and Defendants in the SDNY Action.

3. Within 14 days of the Termination Date, the Parties shall meet and confer regarding the date by which Lead Plaintiffs must file an amended compliant; the date by which Defendants must respond to the amended complaint by answer, motion, or otherwise; and a

-4-

briefing schedule for if Defendants respond to the amended complaint by a motion to dismiss.  The schedule shall be consistent with the current schedule in this action set forth in ECF No. 48.

    4.  Defendants shall not be required to move, or otherwise respond, to the operative complaint in the SDNY Action during the pendency of the stay.

    5.  This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the SDNY Action, including, but not limited to, Defendants' ability to move the Court for a stay of the SDNY Action.

Dated: January 23, 2026
       New York, New York

| | |
|---|---|
| */s/ Christopher F. Moriarty* | */s/ Alexander J. Willscher* |
| Gregg S. Levin | Alexander J. Willscher |
| (*Pro Hac Vice* forthcoming) | Julia A. Malkina |
| Christopher F. Moriarty | Brian Frawley |
| (Admitted *pro hac vice*) | SULLIVAN & CROMWELL LLP |
| Andrew P. Arnold | 125 Broad Street |
| MOTLEY RICE LLC | New York, New York 10004 |
| 28 Bridgeside Boulevard | Telephone: (212) 558-4000 |
| Mt. Pleasant, SC 29464 | Facsimile: (212) 588-3588 |
| Telephone: (843) 216-9000 | willschera@sullcrom.com |
| Facsimile: (843) 216-9450 | malkinaj@sullcrom.com |
| glevin@motleyrice.com | frawleyb@sullcrom.com |
| cmoriarty@motleyrice.com | |
| aarnold@motleyrice.com | *Attorneys for Defendants Fiserv, Inc., Frank J. Bisignano, Michael P. Lyons, Robert W. Hau, and Kenneth F. Best* |
| and | |
| Serena P. Hallowell | |
| (Notice of Appearance forthcoming) | |
| MOTLEY RICE LLC | |
| 800 Third Avenue, Suite 2401 | |
| New York, NY 10022 | |
| Telephone: (212) 577-0040 | |
| Facsimile: (212) 577-0054 | |
| shallowell@motleyrice.com | |

*Counsel for Lead Plaintiff ETHENEA Independent Investors S.A. and Lead Counsel for the Putative Class*

**SO ORDERED**

Date: January 27, 2026

_____
The Honorable Valerie Figueredo
United States Magistrate Judge