UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE FISERV, INC. SECURITIES LITIGATION | No. 1:25-cv-06094-JHR-VF<br><br>CLASS ACTION |

**ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Neli Traykova Hines for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the states of South Carolina, Illinois, Maryland and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Neli Traykova Hines |
| Firm Name: | Motley Rice LLC |
| Address: | 28 Bridgeside Blvd. |
| City/State/Zip: | Mt. Pleasant, SC 29464 |
| Telephone/Fax: | 843.216.9000 / 843.216.9450 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for ETHENEA Independent Investors S.A. ("ETHENEA") in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 60.

DATED: February 9, 2026

*[signature]*

Honorable Valerie Figueredo
United States Magistrate Judge