UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Fiserv, Inc. Securities Litigation* | Case No. 1:25-cv-06094-JHR-VF |

**DECLARATION OF BRIAN T. FRAWLEY**

BRIAN T. FRAWLEY declares as follows:

1. I am a member of good standing of the Bar of this Court and am a partner of Sullivan & Cromwell LLP, attorneys for Defendants Fiserv, Inc. ("Fiserv"), Frank Bisignano, Michael Lyons, Robert Hau, and John Gibbons in the above-captioned action. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint ("AC").

2. Attached hereto are true and correct copies (excerpted where indicated) of the following:

**Fiserv Disclosures**

| | |
|---|---|
| Exhibit 1 | Chart of Alleged Misstatements |
| Exhibit 2 | Transcript of Fiserv Investor Meeting Regarding Merchant Acceptance, dated March 8, 2022 |
| Exhibit 3 | Transcript of Fiserv's Q4 2022 and Full Year 2022 Earnings Call, dated February 7, 2023 |
| Exhibit 4 | Fiserv's Investor Day Presentation (excerpted), dated November 15, 2023, incorporated by reference in the AC at ¶¶ 107, 123 |
| Exhibit 5 | Transcript of Fiserv's Investor Day Conference, dated November 15, 2023, incorporated by reference in the AC at ¶¶ 107, 123 |

| | |
|---|---|
| Exhibit 6 | Fiserv's Q4 2023 and Full Year 2023 Earnings Release, filed with the Securities and Exchange Commission ("SEC") on February 6, 2024, incorporated by reference in the AC at ¶¶ 35, 148, 218, 230, 306, 364, 538 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835424000021/fi-20240206.htm |
| Exhibit 7 | Fiserv's Q4 2023 and Full Year 2023 Earnings Presentation, dated February 6, 2024, incorporated by reference in the AC at ¶ 148 |
| Exhibit 8 | Transcript of Fiserv's Q4 2023 and Full Year 2023 Earnings Call, dated February 6, 2024, incorporated by reference in the AC at ¶¶ 27, 296, 365, 372, 529 |
| Exhibit 9 | Fiserv's Annual Report for 2023 on Form 10-K (excerpted), filed with the SEC on February 22, 2024 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835424000037/fi-20231231.htm |
| Exhibit 10 | Transcript of Fiserv's Presentation at the KBW Fintech & Payments Conference, dated February 27, 2024, incorporated by reference in the AC at ¶ 539 |
| Exhibit 11 | Fiserv's Proxy Statement (excerpted), filed with the SEC on April 3, 2024, incorporated by reference in the AC at ¶¶ 127-29, 132 and available at https://www.sec.gov/Archives/edgar/data/798354/000114036124017619/ny20017254x1_def14a.htm |
| Exhibit 12 | Fiserv's Q1 2024 Earnings Release, filed with the SEC on April 23, 2024, incorporated by reference in the AC at ¶¶ 230, 381 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835424000098/fisv-20240423.htm |
| Exhibit 13 | Fiserv's Q1 2024 Earnings Presentation, dated April 23, 2024, incorporated by reference in the AC at ¶ 383 |
| Exhibit 14 | Transcript of Fiserv's Q1 2024 Earnings Call, dated April 23, 2024, incorporated by reference in the AC at ¶¶ 34, 302, 326, 381, 391-92, 394 |
| Exhibit 15 | Fiserv's Quarterly Report for Q1 2024 on Form 10-Q (excerpted), filed with the SEC on April 24, 2024, incorporated by reference in the AC at ¶ 560 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835424000100/fisv-20240331.htm |

Exhibit 16 Fiserv's Q2 2024 Earnings Release, filed with the SEC on July 24, 2024, incorporated by reference in the AC at ¶¶ 230, 396 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835424000154/fisv-20240724.htm

Exhibit 17 Fiserv's Q2 2024 Earnings Presentation, dated July 24, 2024, incorporated by reference in the AC at ¶ 396

Exhibit 18 Transcript of Fiserv's Q2 2024 Earnings Call, dated July 24, 2024, incorporated by reference in the AC at ¶¶ 299-300, 307, 317, 396, 398-99, 401-07

Exhibit 19 Fiserv's Quarterly Report for Q2 2024 on Form 10-Q (excerpted), filed with the SEC on July 25, 2024, incorporated by reference in the AC at ¶ 560 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835424000156/fisv-20240630.htm

Exhibit 20 Fiserv's Q3 2024 Earnings Release, filed with the SEC on October 22, 2024, incorporated by reference in the AC at ¶¶ 230, 416 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835424000188/fisv-20241022.htm

Exhibit 21 Fiserv's Q3 2024 Earnings Presentation, dated October 22, 2024, incorporated by reference in the AC at ¶¶ 416, 421-22

Exhibit 22 Transcript of Fiserv's Q3 2024 Earnings Call, dated October 22, 2024, incorporated by reference in the AC at ¶¶ 416, 418, 421-22

Exhibit 23 Fiserv's Quarterly Report for Q3 2024 on Form 10-Q (excerpted), filed with the SEC on October 23, 2024, incorporated by reference in the AC at ¶ 560 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835424000190/fisv-20240930.htm

Exhibit 24 Transcript of Fiserv's Presentation at the UBS Global Technology Conference, dated December 4, 2024

Exhibit 25 Fiserv's Q4 2024 and Full Year 2024 Earnings Release, filed with the SEC on February 5, 2025, incorporated by reference in the AC at ¶¶ 230, 290, 423 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835425000018/fi-20250205.htm

| | |
|---|---|
| Exhibit 26 | Fiserv's Q4 2024 and Full Year 2024 Earnings Presentation, dated February 5, 2025, incorporated by reference in the AC at ¶¶ 290, 423 |
| Exhibit 27 | Transcript of Fiserv's Q4 2024 and Full Year 2024 Earnings Call, dated February 5, 2025, incorporated by reference in the AC at ¶¶ 290, 424, 426-27, 430, 525, 529, 541 |
| Exhibit 28 | Fiserv's Annual Report for 2024 on Form 10-K (excerpted), filed with the SEC on February 20, 2025, incorporated by reference in the AC at ¶¶ 537, 543 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835425000047/fi-20241231.htm |
| Exhibit 29 | Transcript of Fiserv's Presentation at the Wolfe Research FinTech Forum, dated March 11, 2025, incorporated by reference in the AC at ¶¶ 431-33, 530 |
| Exhibit 30 | Fiserv's Q1 2025 Earnings Release, filed with the SEC on April 24, 2025, incorporated by reference in the AC at ¶¶ 63, 230, 321, 434, 458 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835425000102/fi-20250424.htm |
| Exhibit 31 | Fiserv's Q1 2025 Earnings Presentation, dated April 24, 2025, incorporated by reference in the AC at ¶¶ 63, 321, 434, 458 |
| Exhibit 32 | Transcript of Fiserv's Q1 2025 Earnings Call, dated April 24, 2025, incorporated by reference in the AC at ¶¶ 63, 65, 321, 323, 434-35, 438-40, 458, 463 |
| Exhibit 33 | Transcript of Fiserv's Presentation at the J.P. Morgan Global Technology, Media, and Communications Conference, dated May 15, 2025, incorporated by reference in the AC at ¶¶ 325-26, 328, 393, 441-42, 467-68 |
| Exhibit 34 | Fiserv's Q2 2025 Earnings Release, filed with the SEC on July 23, 2025, incorporated by reference in the AC at ¶¶ 60, 68, 230, 330, 444, 475 and available at https://www.sec.gov/Archives/edgar/data/798354/000079835425000161/fi-20250723.htm |
| Exhibit 35 | Fiserv's Q2 2025 Earnings Presentation, dated July 23, 2025, incorporated by reference in the AC at ¶¶ 60, 68, 330, 444, 475 |
| Exhibit 36 | Transcript of Fiserv's Q2 2025 Earnings Call, dated July 23, 2025, incorporated by reference in the AC at ¶¶ 68, 330, 333, 447, 449, 476-77 |

Exhibit 37 Fiserv's Q3 2025 Earnings Presentation, dated October 29, 2025, incorporated by reference in the AC at ¶¶ 234-35, 237 n.23, 489-94

Exhibit 38 Transcript of Fiserv's Q3 2025 Earnings Call, dated October 29, 2025, incorporated by reference in the AC at ¶¶ 8, 72-76, 233, 311, 336-43, 350, 486-87, 489-94, 505-07, 533-34

Exhibit 39 Transcript of Fiserv's Presentation at the KBW Fintech & Payments Conference, dated November 12, 2025, incorporated by reference in the AC at ¶¶ 43, 233, 354, 508

Exhibit 40 Transcript of Fiserv's Investor Day Conference, dated May 14, 2026, incorporated by reference in the AC at ¶¶ 285, 361

**Form 4 Filings**

Exhibit 41 Form 4 for John Gibbons, filed with the SEC on June 11, 2024, incorporated by reference in the AC at ¶¶ 287, 558 and available at https://www.sec.gov/Archives/edgar/data/2012743/000079835424000128/xslF345X05/wk-form4_1718139714.xml

Exhibit 42 Form 4 for John Gibbons, filed with the SEC on August 22, 2024, incorporated by reference in the AC at ¶¶ 287, 558 and available at https://www.sec.gov/Archives/edgar/data/0002012743/000079835424000166/xslF345X05/wk-form4_1724370288.xml

Exhibit 43 Form 4 for John Gibbons, filed with the SEC on March 4, 2025, incorporated by reference in the AC at ¶¶ 288, 558 and available at https://www.sec.gov/Archives/edgar/data/2012743/000079835425000072/xslF345X05/wk-form4_1741122181.xml

Exhibit 44 Form 4 for Frank J. Bisignano, filed with the SEC on September 23, 2024, incorporated by reference in the AC at ¶¶ 287, 547 and available at https://www.sec.gov/Archives/edgar/data/0001346629/000079835424000171/xslF345X05/wk-form4_1727122286.xml

**Other Documents**

Exhibit 45 William Blair Analyst Report on Fiserv, dated February 6, 2024

Exhibit 46 Truist Securities Analyst Report on Fiserv, dated July 28, 2025, incorporated by reference in the AC at ¶ 482

Exhibit 47 Ethics Agreement of Frank J. Bisignano filed with the U.S. Office of Government Ethics, dated February 24, 2025, incorporated by reference in the AC at ¶¶ 291, 549, 550 n.32 and available at https://extapps2.oge.gov/201/Presiden.nsf/PAS+Index/E423E41B5144B67D85258C3E00320557/$FILE/Bisignano%2C%20Frank%20J.%20%20finalEA.pdf

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2026
New York, New York

/s/ Brian T. Frawley
Brian T. Frawley